UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00114-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) | |
| Vs. | ) ) | ORDER |
| **ADRIAN CHRISTOPHER SOLARES,** | ) ) ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's pro se letter (#55) filed August 7, 2013. In that letter, defendant expresses concern with the assistance of counsel, a desire to withdraw his plea, and a desire to represent himself. Such is deemed to be a, and will be referred to Judge Cayer for hearing.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's letter, deemed to be a pro se Motion to Withdraw Plea and to Relieve Counsel and Proceed Pro Se (#55), and earlier Motion to Withdraw Plea (#48), are referred to Judge Cayer for hearing.

Signed: August 14, 2013

Max O. Cogburn Jr.
United States District Judge