UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00114-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ADRIAN CHRISTOPHER SOLARES,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on a letter from defendant dated July 8, 2018. In that letter, defendant requests assistance from the Court in a matter relating to someone else using his car while he has been incarcerated. Letter (#91) at 1. Defendant contends that such unauthorized use of his car will impact his ability to maintain employment once he is released.

Defendant is advised that the Court is not in a position to provide him with legal advice or cure matters that may have occurred in his personal life, even where those may impact his ability to successfully complete supervised release. Defendant is, however, advised to bring whatever concerns he may have to the attention of his supervising Probation Officer upon his release.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief from this Court in such letter (#91), such request is **DENIED**.

Signed: July 17, 2018



1